STATE v. WORTHINGTON

No. 108A88.

Case below: 89 N.C. App. 88.

Petition by defendant for writ of supersedeas and temporary stay denied 6 April 1988. Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 6 April 1988.

WARD v. WARD

No. 5P88.

Case below: 88 N.C. App. 267.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

WELLMON v. HICKORY CONSTRUCTION CO.

No. 13P88.

Case below: 88 N.C. App. 76.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

WEST v. GAITHINGS

No. 52P88.

Case below: 88 N.C. App. 483.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

WHITTAKER GENERAL MEDICAL CORP. v. DANIEL

No. 6PA88.

Case below: 87 N.C. App. 659.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 6 April 1988.